# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wallace, Mark S. | United States Bankruptcy Court, Central Dist. of California | 05/8/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

411 West Fourth Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | 401(k) Profit Sharing Plan of Stutman, Treister & Glatt PC (self directed, otherwise no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Pre-appointment salary as an attorney at Stutman, Treister & Glatt PC | $64,310.75 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Insolvency and Restructuring Advisors | June 7-12, 2011 | Boston, MA | Annual conference | Transportation, meals, lodging, 5k run, Freedom Trail historic tour |
| 2. | National Conference of Bankruptcy Judges | October 11-15, 2011 | Tampa, FL | Annual conference | Meals, lodging, 5k run |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Los Angeles Bankruptcy Forum | Contribution to reception for investiture | $750.00 |
| 2. | Orange County Bankruptcy Forum | Contribution to reception for investiture | $750.00 |
| 3. | Inland Empire Bankruptcy Forum | Contribution to reception for investiture | $750.00 |
| 4. | Central District Consumer Bankruptcy Attorneys Association | Contribution to reception for investiture | $750.00 |
| 5. | Stutman, Treister & Glatt PC | Contribution to reception for investiture | $2000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit card | K |
| 2. | Wells Fargo Advisors | Liabilities on short sale transactions | K |
| 3. | Jefferies Bache | Liabilities on commodity and futures positions in excess of cash posted for margin | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors Money Market Fund | A | Dividend | K | T | | | | | |
| 2. CHK common stock | A | Dividend | | | Sold | 3/17/11 | K | C | |
| 3. CVX common stock | A | Dividend | | | Sold | 03/17/11 | K | C | |
| 4. SRS units | A | Distribution | J | T | | | | | |
| 5. MOS common stock | A | Dividend | | | Sold | 03/17/11 | J | B | |
| 6. WDTI units | A | Distribution | J | T | | | | | |
| 7. US Treasury Bond | A | Interest | K | T | | | | | |
| 8. FT GLHA1 REIN units | A | Distribution | | | Sold | 08/24/11 | J | B | |
| 9. SDD units | A | Distribution | J | T | | | | | |
| 10. SRS units | A | Distribution | J | T | | | | | |
| 11. Wells Fargo Bank Deposit | A | Interest | K | T | | | | | |
| 12. ABX common stock | A | Dividend | J | T | | | | | |
| 13. American Century Capital Preservation Fund | A | Dividend | K | T | | | | | |
| 14. American Century Global Gold Fund | B | Dividend | K | T | | | | | |
| 15. American Capital Capital Preservation Fund | A | Dividend | J | T | | | | | |
| 16. UBS USA Deposit Account | A | Interest | J | T | | | | | |
| 17. XOM common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MOS common stock | A | Dividend | | | Sold | 03/17/11 | J | B | |
| 19. PWE units | A | Dividend | J | T | | | | | |
| 20. Eaton Vance Buy Write Fund | A | Distribution | | | Sold | 08/10/11 | J | A | |
| 21. GDX units | A | Distribution | J | T | | | | | |
| 22. NLY units | B | Dividend | J | T | | | | | |
| 23. ABX common stock | A | Dividend | J | T | | | | | |
| 24. COP common stock | A | Dividend | J | T | | | | | |
| 25. ECA common stock | A | Dividend | J | T | | | | | |
| 26. iShares Investment Grade Corporate Bond Fund | A | Distribution | K | T | | | | | |
| 27. iShares TIPs Bond Fund | A | Distribution | K | T | | | | | |
| 28. Loomis Sayles Investment Grade Bond Fund | A | Distribution | J | T | | | | | |
| 29. US Treasury obligations | B | Interest | M | T | | | | | |
| 30. Federated Prudent Bear Fund | A | Distribution | L | T | | | | | |
| 31. PHYS units | | None | J | T | | | | | |
| 32. Physical gold | | None | M | T | | | | | |
| 33. US Double Eagle coins | | None | M | T | | | | | |
| 34. Physical silver | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America savings account | A | Interest | K | T | | | | | |
| 36. Bank of America checking account | A | Interest | J | T | | | | | |
| 37. Union Bank checking account | A | Interest | J | T | | | | | |
| 38. Chase Bank checking account | A | Interest | J | T | | | | | |
| 39. Chase Bank savings account | A | Interest | J | T | | | | | |
| 40. VXX units | A | Distribution | J | T | | | | | |
| 41. SDD units | A | Distribution | J | T | | | | | |
| 42. ABX common stock | A | Dividend | J | T | | | | | |
| 43. XOM common stock | A | Dividend | J | T | | | | | |
| 44. US Treasury obligations | A | Interest | K | T | | | | | |
| 45. Federated Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 46. Vanguard Ginnie Mae Fund | A | Distribution | K | T | | | | | |
| 47. Vanguard Inflation Index Fund | A | Distribution | K | T | | | | | |
| 48. Rydex Inverse S&P5002x Strategy Fund | A | Distribution | K | T | | | | | |
| 49. American Century Capital Preservation Fund | A | Distribution | L | T | | | | | |
| 50. UBS U.S. deposit account | A | Distribution | J | T | | | | | |
| 51. US. Treasury obligations | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dreyfus 100% USTreasury Money Market Fuind | A | Distribution | K | T | | | | | |
| 53. Fidelity US Treasury Money Market Fund | A | Distribution | L | T | | | | | |
| 54. Rydex US Government Money Market Fund | A | Distribution | K | T | | | | | |
| 55. Union Bank VRSA account | A | Interest | K | T | | | | | |
| 56. Jefferies commodities trading account | A | Interest | L | T | Sold (part) | 11/17/11 | L | A | |
| 57. US Savings Bonds | A | Interest | K | W | | | | | |
| 58. Northwestern Mutual Life Insurance Policy | A | Dividend | K | W | | | | | |
| 59. Wells Fargo cash deposit sweep | A | Interest | L | T | Buy | 11/17/11 | L | | |
| 60. 50 ISRG | A | Dividend | | | Sold | 05/17/11 | J | | |
| 61. | | | | | Buy | 12/28/11 | J | | |
| 62. 1 June emini S&P | | None | | | Sold | 02/24/11 | J | | |
| 63. | | | | | Buy | 03/29/11 | J | | |
| 64. 1 May copper | | None | | | Sold | 02/24/11 | J | | |
| 65. | | | | | Buy | 03/10/11 | J | C | |
| 66. 1 June Dollar Index | | None | | | Buy | 02/24/11 | J | | |
| 67. | | | | | Sold | 06/08/11 | J | | |
| 68. 2 June T-Bonds | | None | | | Buy | 03/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 03/29/11 | J | B | |
| 70. 1 June Dollar Index | | None | | | Buy | 03/09/11 | J | A | |
| 71. | | | | | Sold | 06/08/11 | J | | |
| 72. 100 GMCR | | None | | | Sold | 03/10/11 | J | | |
| 73. | | | | | Buy | 06/14/11 | J | | |
| 74. 1 June gold | | None | | | Sold | 03/11/11 | J | | |
| 75. | | | | | Buy | 03/29/11 | J | | |
| 76. 1 June emini S&P | | None | | | Sold | 03/11/11 | J | | |
| 77. | | | | | Buy | 06/08/11 | J | A | |
| 78. 1 May copper | | None | | | Sold | 03/16/11 | J | | |
| 79. | | | | | Buy | 04/27/11 | J | | |
| 80. 1 May copper | | None | | | Sold | 03/17/11 | J | | |
| 81. | | | | | Buy | 04/27/11 | J | B | |
| 82. 1 May cotton | | None | | | Sold | 03/18/11 | J | | |
| 83. | | | | | Buy | 04/05/11 | J | C | |
| 84. 400 LQD | B | Distribution | | | Buy | 03/24/11 | K | | |
| 85. 200 CXA | A | Distribution | | | Buy | 03/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 1 July cotton | | None | | | Sold | 04/07/11 | J | | |
| 87. | | | | | Buy | 04/11/11 | J | B | |
| 88. 2 July oats | | None | | | Sold | 04/11/11 | J | | |
| 89. | | | | | Buy | 05/03/11 | J | D | |
| 90. 1 July coffee | | None | | | Sold | 04/13/11 | J | | |
| 91. | | | | | Buy | 05/20/11 | J | D | |
| 92. 1 July siliver | | None | | | Sold | 04/18/11 | J | | |
| 93. | | | | | Buy | 05/04/11 | J | | |
| 94. 1 July oat | | None | | | Sold | 04/18/11 | J | | |
| 95. | | | | | Buy | 05/03/11 | J | C | |
| 96. 1 September silver | | None | | | Buy | 04/19/11 | J | | |
| 97. | | | | | Sold | 05/04/11 | J | E | |
| 98. 2 July copper | | None | | | Sold | 04/27/11 | J | | |
| 99. | | | | | Buy | 06/08/11 | J | D | |
| 100. 2 September crude oil | | None | | | Buy | 04/27/11 | J | | |
| 101. | | | | | Sold (part) | 05/02/11 | J | | |
| 102. | | | | | Sold (part) | 05/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 1 June palladium | | None | | | Sold | 04/28/11 | J | | |
| 104. | | | | | Buy | 05/04/11 | J | B | |
| 105. 1 July mini silver | | None | | | Sold | 04/28/11 | J | | |
| 106. | | | | | Buy | 05/04/11 | J | D | |
| 107. 1 July soybean | | None | | | Sold | 05/02/11 | J | | |
| 108. | | | | | Buy | 06/22/11 | J | C | |
| 109. 1 September natural gas | | None | | | Buy | 05/03/11 | J | | |
| 110. | | | | | Sold | 08/19/11 | J | | |
| 111. 1 July coffee | | None | | | Sold | 05/03/11 | J | | |
| 112. | | | | | Buy | 05/20/11 | J | E | |
| 113. 1 June Dollar Index | | None | | | Buy | 05/04/11 | J | | |
| 114. | | | | | Sold | 06/08/11 | J | A | |
| 115. 1 June Dollar Index | | None | | | Buy | 05/05/11 | J | | |
| 116. | | | | | Sold | 06/08/11 | J | | |
| 117. 2 December live cattle | | None | | | Sold | 05/05/11 | J | | |
| 118. | | | | | Buy | 07/06/11 | J | | |
| 119. 2 July oats | | None | | | Sold | 05/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 06/08/11 | J | | |
| 121. 1 June emini S&P | | None | | | Sold | 05/05/11 | J | | |
| 122. | | | | | Buy | 06/08/11 | J | C | |
| 123. 1 December wheat | | None | | | Sold | 05/16/11 | J | | |
| 124. | | | | | Buy | 06/08/11 | J | | |
| 125. 1 September natural gas | | None | | | Buy | 05/11/11 | J | | |
| 126. | | | | | Sold | 08/19/11 | J | | |
| 127. 1 July copper | | None | | | Sold | 05/16/11 | J | | |
| 128. | | | | | Buy | 06/17/11 | J | | |
| 129. 1 September T-Bond | | None | | | Sold | 05/20/11 | J | | |
| 130. | | | | | Buy | 08/08/11 | J | | |
| 131. 1 September coffee | | None | | | Sold | 05/23/11 | J | | |
| 132. | | | | | Buy | 06/20/11 | J | D | |
| 133. 2 September oats | | None | | | Sold | 05/23/11 | J | | |
| 134. | | | | | Buy | 06/23/11 | J | B | |
| 135. 1 September palladium | | None | | | Sold | 06/06/11 | J | | |
| 136. | | | | | Buy | 06/16/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 5 September 2012 Eurodollars | | None | | | Sold | 06/15/11 | J | | |
| 138. | | | | | Buy | 09/23/11 | J | | |
| 139. 1 September natural gas | | None | | | Buy | 06/16/11 | J | | |
| 140. | | | | | Sold | 08/19/11 | J | | |
| 141. 3 December copper | | None | | | Sold | 06/17/11 | K | | |
| 142. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 143. | | | | | Buy (add'l) | 09/23/11 | J | E | |
| 144. 2 September emini S&P | | None | | | Sold | 06/08/11 | J | | |
| 145. | | | | | Buy | 06/23/11 | J | A | |
| 146. 4 September Dollar Indexes | | None | | | Buy | 06/08/11 | J | | |
| 147. | | | | | Sold | 09/06/11 | J | D | |
| 148. 2 December corn | | None | | | Buy | 06/08/11 | J | | |
| 149. | | | | | Sold | 07/12/11 | J | | |
| 150. 1 October cotton | | None | | | Buy | 06/23/11 | J | | |
| 151. | | | | | Sold | 08/09/11 | J | | |
| 152. 1 September wheat | | None | | | Buy | 06/23/11 | J | | |
| 153. | | | | | Sold | 06/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 3 September emini S&P | | None | | | Sold | 06/27/11 | J | | |
| 155. | | | | | Buy | 08/01/11 | J | | |
| 156. 1 December cotton | | None | | | Sold | 06/30/11 | J | | |
| 157. | | | | | Buy | 07/18/11 | J | D | |
| 158. 5 September corn | | None | | | Buy | 07/12/11 | J | | |
| 159. | | | | | Sold | 08/30/11 | J | E | |
| 160. 5 December corn | | None | | | Sold | 07/12/11 | J | | |
| 161. | | | | | Buy | 08/30/11 | J | | |
| 162. 2 September soybean | | None | | | Buy | 07/15/11 | J | | |
| 163. | | | | | Sold | 08/30/11 | J | D | |
| 164. 2 November soybean | | None | | | Sold | 07/15/11 | J | | |
| 165. | | | | | Buy | 08/30/11 | J | | |
| 166. 1 September Dollar Index | | None | | | Buy | 07/15/11 | J | | |
| 167. | | | | | Sold | 09/06/11 | J | A | |
| 168. 1 September crude oil | | None | | | Sold | 08/02/11 | J | | |
| 169. | | | | | Buy | 08/03/11 | J | B | |
| 170. 1 December gold | | None | | | Sold | 08/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 08/08/11 | J | | |
| 172. 1 September T-Bond | | None | | | Sold | 08/05/11 | J | | |
| 173. | | | | | Buy | 08/09/11 | J | | |
| 174. 1 September emini S&P | | None | | | Sold | 08/05/11 | J | | |
| 175. | | | | | Buy | 08/05/11 | J | B | |
| 176. 1 March 2012 corn | | None | | | Buy | 08/05/11 | J | | |
| 177. | | | | | Sold | 08/09/11 | J | | |
| 178. 2 December oats | | None | | | Sold | 08/09/11 | J | | |
| 179. | | | | | Buy | 09/23/11 | J | A | |
| 180. 200 COP | A | Dividend | | | Buy | 08/10/11 | J | | |
| 181. | | | | | Sold | 10/25/11 | J | B | |
| 182. 1 September emini S&P | | None | | | Sold | 08/10/11 | J | | |
| 183. | | | | | Buy | 08/11/11 | J | | |
| 184. 1 September emini S&P | | None | | | Sold | 08/12/11 | J | | |
| 185. | | | | | Buy | 09/19/11 | J | | |
| 186. 1 December T-Bond | | None | | | Sold | 09/06/11 | J | | |
| 187. | | | | | Buy | 09/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 1 December coffee | None | | | | Sold | 08/18/11 | J | | |
| 189. | | | | | Buy | 09/23/11 | J | D | |
| 190. 1 December emini S&P | None | | | | Sold | 09/08/11 | J | | |
| 191. | | | | | Buy | 09/23/11 | J | C | |
| 192. 1 September emini S&P | None | | | | Sold | 08/19/11 | J | | |
| 193. | | | | | Buy | 08/19/11 | J | | |
| 194. 1 September emini S&P | None | | | | Sold | 09/20/11 | J | | |
| 195. | | | | | Buy | 09/23/11 | J | C | |
| 196. 5 December Dollar Indexes | None | | | | Buy | 09/06/11 | J | | |
| 197. | | | | | Sold | 09/23/11 | J | D | |
| 198. 1 December emini S&P | None | | | | Sold | 09/27/11 | J | | |
| 199. | | | | | Buy | 10/04/11 | J | C | |
| 200. 1 December T-Bond | None | | | | Buy | 09/27/11 | J | | |
| 201. | | | | | Sold | 10/04/11 | J | C | |
| 202. 1 December Dollar Index | None | | | | Buy | 09/27/11 | J | | |
| 203. | | | | | Sold | 12/13/11 | J | B | |
| 204. 1 December emini S&P | None | | | | Sold | 09/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 10/04/11 | J | C | |
| 206. 1 December Dollar Index | | None | | | Buy | 10/03/11 | J | | |
| 207. | | | | | Sold | 12/13/11 | J | A | |
| 208. 1 December Dollar Index | | None | | | Buy | 09/29/11 | J | | |
| 209. | | | | | Sold | 12/13/11 | J | B | |
| 210. 1 December emini S&P | | None | | | Sold | 10/03/11 | J | | |
| 211. | | | | | Buy | 11/01/11 | J | | |
| 212. 2 March 2012 corn | | None | | | Buy | 10/04/11 | J | | |
| 213. | | | | | Sold | 10/05/11 | J | B | |
| 214. 1 December silver | | None | | | Buy | 10/04/11 | J | | |
| 215. | | | | | Sold | 10/06/11 | J | B | |
| 216. 100 CMG | | None | | | Sold | 10/04/11 | J | | |
| 217. | | | | | Buy | 12/28/11 | K | | |
| 218. 300 MCD | A | Dividend | | | Buy | 10/04/11 | K | | |
| 219. 3 March 2012 sugar | | None | J | T | Sold | 10/05/11 | J | | |
| 220. 2 December Dollar Indexes | | None | | | Buy | 10/05/11 | J | | |
| 221. | | | | | Sold | 12/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 22

Name of Person Reporting

Wallace, Mark S.

Date of Report

05/8/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  2 December oats | | None | | | Sold | 10/05/11 | J | | |
| 223. | | | | | Buy | 11/30/11 | J | | |
| 224.  2 April 2012 natural gas | | None | | | Buy | 08/19/11 | J | | |
| 225. | | | | | Sold | 09/23/11 | J | | |
| 226.  1 March 2012 natural gas | | None | J | T | Buy | 10/17/11 | J | | |
| 227.  1 January 2012 crude oil | | None | | | Sold | 10/24/11 | J | | |
| 228. | | | | | Buy | 11/01/11 | J | A | |
| 229.  200 DIA | A | Distribution | K | T | Buy | 10/25/11 | K | | |
| 230.  1 December mini silver | | None | | | Sold | 10/26/11 | J | | |
| 231. | | | | | Buy | 10/27/11 | J | | |
| 232.  2 December oats | | None | | | Sold | 09/30/11 | | | |
| 233. | | | | | Buy | 11/30/11 | J | | |
| 234.  1 February 2012 crude oil | | None | J | T | Sold | 11/07/11 | J | | |
| 235.  100 GMCR | | None | J | T | Sold | 06/16/11 | J | | |
| 236. | | | | | Buy | 11/10/11 | J | C | |
| 237.  3 September 2012 Eurodollars | | None | J | T | Sold | 11/16/11 | J | | |
| 238.  1 December emini S&P | | None | | | Sold | 11/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy | 12/13/11 | J | | |
| 240.  2 May 2012 orange juice | | None | J | T | Sold | 11/23/11 | J | | |
| 241.  1 March 2012 coffee | | None | J | T | Sold | 11/23/11 | J | | |
| 242.  1 February 2012 crude oil | | None | J | T | Sold | 11/25/11 | J | | |
| 243.  4 March 2012 oats | | None | J | T | Sold | 11/30/11 | J | | |
| 244.  US Treasury strip | A | Interest | J | T | Redeemed<br>(part) | 11/15/11 | K | | |
| 245.  1 March natural gas | | None | J | T | Buy | 12/14/11 | J | | |
| 246.  1 December emini S&P | | None | | | Sold | 10/06/11 | J | | |
| 247. | | | | | Buy | 12/13/11 | J | | |
| 248.  6 March 2012 Dollar Indexes | | None | J | T | Buy | 12/13/11 | J | | |
| 249.  2 March 2012 emini S&P | | None | J | T | Sold | 12/13/11 | J | | |
| 250.  US Treasury Note | A | Interest | | | Redeemed<br>(part) | 02/15/11 | J | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 21 of 22

**Name of Person Reporting**

**Wallace, Mark S.**

**Date of Report**

05/8/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Many of the reported transactions are short sales. In such a transaction, the sale precedes the purchase. Gain or loss is realized when the short sale is closed out by purchasing the stock or commodity that was sold short. The audit function in the software fails to take these short sales into account and therefore generates a host of misleading "error" messages. For example, if a June emini S&P contract is sold on April 10, 2011 and bought on June 1, 2011, the transaction closes out on June 1, 2011 and nothing is owned as of the close of the reporting period on December 31, 2011.

Many of the reported transactions involve commodity, currency index or stock index futures contracts. In such a transaction, there is no "purchase price" as such. Instead, the buyer (or seller) posts cash margin to secure his promise to buy or sell at maturity. The liability on futures contracts can vary from day to day based upon daily price limits regarding how much a price for the underlying commodity, currency index or stock index can rise or fall in a single day. Some contracts have no limits. Therefore, the liability theoretically could be infinite.

For open futures positions at the end of the year I have reported the unrealized gain or loss in the contract as of the close of business on December 31, 2011.

Revocable Trust #1 no longer has a beneficial interest in any assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark S. Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544